**Signed and Filed: August 17, 2012**

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 12-31516DM |
| MICHAEL OHAYON, | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| _____ | ) |
| MICHAEL OHAYON and MAURICE OHAYON, | ) Adversary Proceeding |
| | ) No. 12-3092DM |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ROSALING NG and JOSHUA WOHLSTEIN, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

MEMORANDUM DECISION ON MOTION OF DEFENDANTS
TO EXPUNGE LIS PENDENS

The Defendants' Motion To Expunge Lis Pendens ("Motion") came

on for hearing on July 20, 2012. Plaintiff Michael Ohayon

appeared in pro se; plaintiff Maurice Ohayon appeared through Eric

D. Miller, Esq., one of his attorneys; defendants appeared through

Robert A. Padway, Esq., one of their attorneys.

During the course of the hearing the court requested

additional briefing on a limited issue, namely, whether California

Civil Code section 1688 rendered void as a matter of law paragraph

9 of the June 22, 2011 agreement (the "Agreement") between

-1-

plaintiff Michael Ohayon and defendant Rosalind Ng regarding 369 Santa Ana, San Francisco, California. Paragraph 9 of the Agreement prohibits Michael Ohayon from recording a lis pendens adverse to the title of Rosalind Ng and provides further that recordation of such a document shall constitute a default under that agreement and "shall be expunged upon ex parte application."

At the conclusion of the hearing the court ordered one brief to be submitted by both plaintiffs on that limited question. Thereafter, plaintiff Michael Ohayon submitted a supplemental brief but Maurice Ohayon did not join in that brief. Accordingly, Maurice Ohayon has waived any further argument on the Motion.

Michael Ohayon's supplemental brief does not provide any persuasive authority to suggest that Paragraph 9 is void as a matter of law under California Civil Code section 1668. Rather, his brief cites California Civil Code sections 1667 and 1670.5(a), as well as other authorities. To the extent Michael Ohayon has imported new arguments, the court rejects them as untimely in opposition to the Motion.

Defendants filed their reply to Michael Ohayon supplemental brief. Having considered the reply, the court is persuaded that the argument set forth by defendants compels a ruling in their favor. More specifically, California Civil Code section 1688 deals with exculpatory clauses. Paragraph 9 of the Agreement is not such a clause. Accordingly, for this reason, the reasons stated on the record at the July 20 hearing and the other reasons set forth defendants' supplemental brief, the court will enforce the provisions of Paragraph 9 of the Agreement and grant the Motion.

-2-

1    Counsel for defendants should serve and upload a form of
2  order expunging the lis pendens that is the subject of the Motion
3  for the reason stated in this Memorandum Decision.

**END OF MEMORANDUM DECISION**

Case: 12-03092    Doc# 21    Filed: 08/17/12    Entered: 08/20/12 10:44:38    Page 3 of 4

1        COURT SERVICE LIST

2   Michael Ohayon
    369 Santa Ana Avenue
3   San Francisco, CA 94127

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            -4-